UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

    -v-

CORNELL NEILLY,

        Defendant.

26 Cr. 15 (JSR)

ORDER

JED S. RAKOFF, U.S.D.J.:

On March 2, 2026, defendant Cornell Neilly moved to suppress certain statements that he made to law enforcement following his arrest in this matter. ECF No. 8. At a pretrial conference held on March 12, 2026, the Court heard orally from the Government as to Neilly's motion and directed the parties to submit further briefing. On March 25, 2026, the Government filed, in lieu of a brief in opposition to Neilly's motion, a letter in which it represented that, "[a]t present," it "does not intend to offer, during its case-in-chief, any portion of the post-arrest interview that is the subject of the pending motion to suppress." ECF No. 11.

In response to an inquiry from the Court, the Government clarified that it "will not offer any portion of the post-arrest interview during its case-in-chief." In light of the Government's representation, the Court hereby denies Neilly's motion as moot.

The Clerk of Court is respectfully directed to close the motion at docket entry 8.

    SO ORDERED.

New York, NY
March 26, 2026

JED S. RAKOFF, U.S.D.J.

1